1

2

3

4

5

6

UNITED STATES DISTRICT COURT

7

DISTRICT OF NEVADA

8

\* \* \*

UNITED STATES OF AMERICA,                )
9
                                         )
                Plaintiff,                )
10
                                         )
vs.                                       )          2:11-cr-062-JCM-LRL
11
                                         )
STANLEY WALTON,                           )
12
                                         )
                Defendant.                )          **ORDER**
13
                                         )

14

15      The court having granted Richard F. Boulware, assistant public defender's sealed "Ex Parte

16  Motion to Appoint New Counsel" (Doc. #34) on August 11, 2011,  and good cause appearing;

17      IT IS HEREBY ORDERED that Thomas A. Ericsson, Esq. is appointed as counsel for

18  Stanley Walton in place of the federal public defender for all future proceedings.

19      IT IS FURTHER ORDERED that the federal public defender shall forward the file to      Mr.

20  Ericsson forthwith.

21      DATED  this ___17th___ day of August, 2011.

22  Nunc Pro Tunc: August 12, 2011.

23
                                        _____
24                                      JAMES C. MAHAN
                                        UNITED STATES DISTRICT  JUDGE
25

26

27

28