___ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 2 4 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STANLEY A. WALTON,<br><br>　　　　Defendant. | 2:11-CR-062-JCM-(CWH) |

### ORDER OF FORFEITURE

This Court found on May 16, 2013, that STANLEY A. WALTON shall pay a criminal forfeiture money judgment of $750,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Superseding Criminal Indictment, ECF No. 25; Change of Plea Minutes, ECF No. 75; Plea Memorandum, ECF No. 76; Order of Forfeiture, ECF No. 78.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from STANLEY A. WALTON a criminal forfeiture money judgment in the amount of $750,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this 24th day of Oct, 2013.

_____
UNITED STATES DISTRICT JUDGE