THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
ORONOZ, ERICSSON & GAFFNEY, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
tom@oronozlawyers.com
*Attorney for Stanley A. Walton*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:11-CR0062-JCM-GWF |
| Plaintiff, | |
| vs. | **STIPULATION TO REMOVE HALF-WAY HOUSE CONFINEMENT AS A CONDITION OF SUPERVISED RELEASE** |
| STANLEY A. WALTON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Kathryn C. Newman, Esq., Assistant United States Attorney, counsel for the United States of America, and Thomas A. Ericsson, Esq., counsel for Defendant Stanley A. Walton, that the Supervised Release condition that Mr. Walton reside in a half-way house be removed immediately. The remaining requirements of his Supervised Release shall remain in effect.[1]

///

///

///

---

[1] The Parties respectfully request a hearing on Defendant's pending Motion for Early Release from Supervised Release.

1

This stipulation is entered into by the parties based on the facts outlined in the sealed papers filed on the Motion for Early Release from Half-Way House filed previously in this matter.

DATED: September 9, 2016.

| */s/ Thomas A. Ericsson* | */s/ Kathryn C. Newman* |
|---|---|
| THOMAS A. ERICSSON, ESQ. | KATHRYN C. NEWMAN, ESQ. |
| Counsel for Stanley A. Walton | Assistant United States Attorney |
|  | Counsel for USA |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

STANLEY A. WALTON,

    Defendant.

CASE NO: 2:11-CR0062-JCM-GWF

**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER**

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that the facts outlined in the sealed papers filed on the Motion for Early Release from Half-Way House filed previously in this matter support the request that the Supervised Release condition that Mr. Walton reside in a half-way house be removed immediately.

## CONCLUSION OF LAW

The removal of the requirement that Defendant reside in a half-way house as a condition of Supervised Release is justified and appropriate under the facts and law in this matter.

## ORDER

IT IS THEREFORE ORDERED that the Supervised Release condition that Mr. Walton reside in a half-way house be removed immediately. The remaining requirements of his Supervised Release shall remain in effect.

DATED September 13, 2016.

_____
UNITED STATES DISTRICT JUDGE

3