Thomas A. Ericsson, Esq.
Nevada Bar Number 4982
Oronoz & Ericsson, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
(702) 878-2889
tom@oronozlawyers.com

*Attorney for Defendant Walton*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00062-JCM-CWH |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE HEARING FOR REVOCATION OF SUPERVISED RELEASE |
| STANLEY WALTON, | |
| Defendant | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Thomas A. Ericsson, Esq., counsel for Stanley Walton, that the Revocation Hearing currently scheduled for August 20, 2019, at 10:00 a.m., be vacated and continued to Thursday, September 19, 2019, at 10:30 a.m. or a date and time convenient to the Court soon thereafter.

This Stipulation is entered into for the following reasons:

1.      Geraldine Kirk-Hughes, Esq., an essential witness for the Revocation Proceeding, is unavailable on August 20, 2019, and due to counsels' and witnesses' schedules, September 19th or later is available to reschedule the revocation proceeding.

2.      The parties anticipate a negotiated joint resolution of the matter.

3.      Mr. Walton is not in custody and agrees with the need for a continuance.

3.      The parties agree to the continuance.

This is the first request for a continuance of the Revocation Hearing.

<u>RELIEF REQUESTED</u>

For the reasons stated above, the parties request the Court vacate the revocation hearing in this matter currently scheduled for August 20, 2019, at 10:00 a.m., be vacated and continued to Thursday, September 19, 2019, at 10:30 a.m. or a date and time convenient to the Court soon thereafter.  A proposed order is attached.

Dated: August 14, 2019

Oronoz & Ericsson, LLC

NICHOLAS A. TRUTANICH
United States Attorney


_____//s//_____
THOMAS A. ERICSSON
Counsel for Stanley Walton

_____//s//_____
DANIEL J. COWHIG
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

STANLEY WALTON,

        Defendant

Case No. 2:11-cr-00062-JCM-CWH

PROPOSED
ORDER GRANTING THE
STIPULATION TO CONTINUE
HEARING FOR REVOCATION OF
SUPERVISED RELEASE

## ORDER

IT IS HEREBY ORDERED, based upon the stipulation of the parties, the record in this case and for good cause shown, that the revocation hearing currently scheduled for Tuesday, August 20, 2019, at 10:00 a.m., be vacated and continued to the  25th  day of _____ September _____, 2019, at  10:30 a.m  .

IT IS SO ORDERED August 14, 2019.

_____
THE HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I, Rachael E. Stewart, certify that the following individual was served with a copy of the

STIPULATION TO CONTINUE HEARING FOR REVOCATION OF SUPERVISED

RELEASE on this date by Electronic Case File system:

DANIEL J. COWHIG, Assistant United States Attorney

DATED August 14, 2019

_____//s//_____
RACHAEL E. STEWART